1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    YOLANDA ARREOLA,

11          Plaintiff,                    No. 2:12-cv-0611 MCE KJN PS

12          v.

13    COUNTY OF LASSEN, et al.

14
                     Defendants.          ORDER
15    _____/

16          On March 9, 2012, plaintiff Yolanda Arreola, who is proceeding without counsel,

17    filed this action under 42 U.S.C. § 1983 against defendants High Desert State Prison ("HDSP"),

18    California Department of Corrections and Rehabilitation, the State of California, Mike

19    McDonald (the Warden at HDSP), C. Gripp, B. Fleming, and P. Fackrell (sworn correctional

20    officers at HDSP) (collectively the "California State Defendants"); defendant County of Lassen;

21    and defendant Ricardo Garcia (an inmate at HDSP).  (Dkt. No. 1.)[1]  Plaintiff, individually and as

22    executor of the estate of Juan Vega, asserted numerous causes of action for alleged constitutional

23    violations arising out of the murder of her brother as an inmate at HDSP.  (Id.)

24    ////

25    _____
          [1]  This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and
26    28 U.S.C. § 636(b)(1).

                                        1

1      Pending before the court are motions to dismiss pursuant to Federal Rule of Civil

2  Procedure 12(b)(6) filed by the California State Defendants and defendant County of Lassen.

3  (Dkt. Nos. 10, 11.)[2]  Because plaintiff initially failed to file an opposition to the pending motions

4  to dismiss, the court on November 5, 2012 continued the hearing on the pending motions to

5  December 13, 2012, and provided plaintiff with an additional opportunity to file an opposition or

6  statement of non-opposition to the pending motions on or before November 29, 2012.  (Dkt. No.

7  14.)

8      However, on November 30, 2012, plaintiff filed a response to the court's

9  November 5, 2012 order indicating that she would like to dismiss the case against defendants

10  without prejudice.  (Dkt. No. 15.)  The court construes plaintiff's filing as a notice of voluntary

11  dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure

12  41(a)(1)(A)(i).  Federal Rule of Civil Procedure 41(a)(1)(A) provides that "the plaintiff may

13  dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing

14  party serves either an answer or a motion for summary judgment . . . ."  "Under Rule 41(a)(1), a

15  plaintiff has an absolute right voluntarily to dismiss his action prior to service by the defendant of

16  an answer or a motion for summary judgment.  Even if the defendant has filed a motion to

17  dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under

18  Rule 41(a)(1).  The dismissal is effective on filing and no court order is required...Unless

19  otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence

20  another action for the same cause against the same defendants."  Concha v. London, 62 F.3d

21  1493, 1506 (9th Cir. 1995) (internal citations omitted); see also United States v. Real Property

22  Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008) (noting that

23  dismissal under Rule 41(a)(1)(A)(i) requires no action on the part of the court and divests the

24  court of jurisdiction once the notice of voluntary dismissal is filed).

25  _____

26      [2]  The only defendant who has not joined in either of the motions to dismiss is defendant
Ricardo Garcia, an inmate at HDSP.

1           Because defendants have not yet served an answer or motion for summary

2  judgment in this case, plaintiff's request for dismissal is effective without a court order.

3           Accordingly, for purposes of clarity, IT IS HEREBY ORDERED that:

4           1.  The action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule

5  of Civil Procedure 41(a)(1)(A)(i).

6           2.  The pending motions to dismiss (dkt. nos. 10, 11) are DENIED AS MOOT.

7           3.  The Clerk of Court is directed to close this case and vacate all dates.

8           IT IS SO ORDERED.

9  DATED:  December 4, 2012

10

11

12  KENDALL J. NEWMAN
      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26